IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
    v.                           )   CIVIL ACTION NO.
                                 )
MASSACHUSETTS BAY                )
TRANSPORTATION AUTHORITY,        )
                                 )   05 - 11827 RWZ
            Defendant.           )
                                 )

## NOTICE OF LODGING

Plaintiff, the United States of America, hereby notifies the Court that it is lodging herewith, on the same date it is filing the Complaint herein, a Consent Decree with the Massachusetts Bay Transportation Authority for the recovery of costs incurred at the Morses Pond Culvert Superfund Site ("Site"), located in the Town of Wellesley, Massachusetts. This suit was filed pursuant to Section 107(a) of the Comprehensive Environmental Recovery and Liability Act of 1980 ("CERCLA"), as amended, 42 U.S.C. § 9607(a). The Consent Decree is being lodged with the Court pending solicitation and consideration of public comments.

Consistent with Department of Justice policy, 28 C.F.R. § 50.7, and 42 U.S.C. § 9622(d), the Department of Justice will publish in the Federal Register a notice of the lodging of this Consent Decree. This publication will initiate a required 30-day comment period. The United States will advise the Court when the public comment period has expired. <u>During the pendency of the public comment period, no action is required of the Court.</u>

After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Consent Decree, unless the comments disclose

facts or considerations which indicate that the proposed Decree is inappropriate, improper or inadequate.

                                           Respectfully submitted,

                                           KELLY A. JOHNSON
                                           Acting Assistant Attorney General
                                           Environment and Natural Resources Division
                                           U.S. Department of Justice
                                           Washington, D.C. 20530

9/8/05           /s/ Donald G. Frankel
Date                 DONALD G. FRANKEL
                                           J. TOM BOER
                                           Trial Attorneys
                                           Environmental Enforcement Section
                                           Environment and Natural Resources Division
                                           United States Department of Justice
                                           One Gateway Center, Suite 616
                                           Newton Corner, MA 02458
                                           (617) 450-0442


                                           MICHAEL J. SULLIVAN
                                           United States Attorney
                                           District of Massachusetts

                                           GEORGE B. HENDERSON, II
                                           Assistant United States Attorney
                                           District of Massachusetts
                                           United States Courthouse,
                                           Suite 9200
                                           1 Courthouse Way
                                           Boston, MA  02210

OF COUNSEL:

GREG DAIN, ESQ.
Senior Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street, Suite 1100
Boston, MA  02203

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent, via first-class mail, to the persons listed below this 8th day of September, 2005.

Julie Taylor
Noble & Wickersham, LLP
1280 Massachusetts Avenue
Cambridge, MA 02138