IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-11827 RWZ |
| ) | |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION OF THE UNITED STATES SEEKING AN ORDER VACATING
THE COURT'S APPROVAL OF CONSENT DECREE

On September 8, 2005, the United States filed a complaint in this action. On the same day, the United States filed a Notice of Lodging of the proposed Consent Decree and lodged a proposed Consent Decree with the Court. On September 20, 2005, the Court entered the Consent Decree. For the reasons set forth in the Memorandum filed herewith, the United States requests that the Court vacate its approval of the proposed Consent Decree. Counsel for the Massachusetts Bay Transportation Authority ("MBTA") has informed counsel for the United States that the MBTA has no objection to this motion.

        Respectfully submitted,

        KELLY A. JOHNSON
        Acting Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice
        Washington, D.C.  20530

        <u>/s/ Donald G. Frankel</u>
        DONALD G. FRANKEL
        Trial Attorney
        Environmental Enforcement Section
        Environment and Natural Resources Division
        United States Department of Justice
        One Gateway Center, Suite 616
        Newton Corner, MA 02458
        (617) 450-0442


        MICHAEL J. SULLIVAN
        United States Attorney
        District of Massachusetts

        BARBARA HEALY SMITH
        Assistant United States Attorney
        District of Massachusetts
        United States Courthouse,
        Suite 9200
        1 Courthouse Way
        Boston, MA  02210

OF COUNSEL:

GREG DAIN, ESQ.
Senior Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street, Suite 1100
Boston, MA  02203

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was sent, via first-class mail, to the persons listed below this 27th day of September, 2005.

Julie Taylor
Noble & Wickersham, LLP
1280 Massachusetts Avenue
Cambridge, MA 02138

                                      /s/ Donald G. Frankel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11827 RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On September 8, 2005, the United States filed a complaint in this action. On the same day, the United States filed a Notice of Lodging of the proposed Consent Decree and lodged a proposed Consent Decree with the Court. On September 20, 2005, the Court entered the Consent Decree. The United States has filed a motion requesting that the Court vacate its approval of the Consent Decree because the settlement is subject to a 30-day public comment period. Having considered the record in this matter, it is hereby ORDERED, this __ day of _____ ___, 2005, that the Court's prior entry of the Decree is vacated.

Rya W. Zobel
United States District Judge