IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-11827 RWZ |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) |
| Defendant. | ) |

MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION OF THE UNITED STATES SEEKING AN ORDER VACATING
THE COURT'S APPROVAL OF CONSENT DECREE

On September 8, 2005, the United States filed a complaint in this action. On the same day, the United States filed a Notice of Lodging of the proposed Consent Decree and lodged a proposed Consent Decree with the Court. On September 20, 2005, the Court entered the Consent Decree.

The United States requests that the Court vacate its approval of the proposed Consent Decree. As stated in the Notice of Lodging, the settlement is subject to a 30-day public comment period. A notice of the settlement was published in the Federal Register on September 22, 2005. See 70 Fed. Reg. 55627. After the 30-day public comment period has expired, the United States will file a motion seeking entry of the proposed Consent Decree unless comments have been submitted indicating that the proposed settlement is inadequate, inappropriate, or improper.

Counsel for the Massachusetts Bay Transportation Authority ("MBTA") has informed counsel for the United States that the MBTA has no objection to this motion.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

/s/ Donald G. Frankel
DONALD G. FRANKEL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
One Gateway Center, Suite 616
Newton Corner, MA 02458
(617) 450-0442


MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts

BARBARA HEALY SMITH
Assistant United States Attorney
District of Massachusetts
United States Courthouse,
Suite 9200
1 Courthouse Way
Boston, MA 02210

OF COUNSEL:

GREG DAIN, ESQ.
Senior Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street, Suite 1100
Boston, MA 02203

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was sent, via first-class mail, to the persons listed below this 27th day of September, 2005.

Julie Taylor
Noble & Wickersham, LLP
1280 Massachusetts Avenue
Cambridge, MA 02138

                /s/ Donald G. Frankel