IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br><br>Defendant. | CIVIL ACTION NO. 05-11827 RWZ |

## ORDER

On September 8, 2005, the United States filed a complaint in this action. On the same day, the United States filed a Notice of Lodging of the proposed Consent Decree and lodged a proposed Consent Decree with the Court. On September 20, 2005, the Court entered the Consent Decree. The United States has filed a motion requesting that the Court vacate its approval of the Consent Decree because the settlement is subject to a 30-day public comment period. Having considered the record in this matter, it is hereby ORDERED, this 21st day of October, 2005, that the Court's prior entry of the Decree is vacated.

_____
Rya W. Zobel
United States District Judge