UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 05 CV 11827-RWZ |
| MASSACHUSETTS BAY ) TRANSPORTATION AUTHORITY, ) | |
| Defendant. ) | |

MOTION OF THE UNITED STATES SEEKING ENTRY OF CONSENT DECREE

On September 8, 2005, the United States of America ("United States") filed the above-captioned action against the Massachusetts Bay Transportation Authority ("MBTA"). The complaint alleges that the MBTA is liable, pursuant to Section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), for response costs incurred by the United States in connection with the Morses Pond Culvert Superfund Site ("Site") located in Wellesley, Massachusetts. On the day the complaint was filed, the United States lodged with the Court a proposed Consent Decree ("Decree") that resolves the action.

On September 22, 2005, the United States published a notice in the Federal Register indicating that the public could comment on the Decree for a period of 30 days. 70 Fed. Reg. 55627. On October 24, 2005, American Premier Underwriters, Inc. ("APU"), another potentially responsible party at the Site, submitted comments objecting to the Decree. (APU's comments are attached to the United States's Memorandum of Law at Exhibit 1.) The United States has considered APU's comments and has determined, for the reasons discussed in the

United States's Memorandum of Law, as well as in the Environmental Protection Agency's Responsiveness Summary, which is attached to the United States's Memorandum of Law at Exhibit 2, that APU's comments fail to show that the Decree is inappropriate, inadequate, or improper. The United States therefore requests that the Court enter the Decree. Counsel for the MBTA has indicated to counsel for the United States that the MBTA supports this motion.

    Respectfully submitted,

    FOR THE UNITED STATES

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment and Natural Resources Division
    Department of Justice

    /s/ Donald G. Frankel
    DONALD G. FRANKEL
    Trial Attorney
    Environmental Enforcement Section
    Environment and Natural Resources Division
    Department of Justice
    One Gateway Center, Suite 616
    Newton, MA 02458
    (617) 450-0442

    MICHAEL J. SULLIVAN
    United States Attorney
    District of Massachusetts

    BARBARA HEALY SMITH
    Assistant United States Attorney
    United States Attorney's Office
    U.S. Courthouse
    One Courthouse Way
    Suite 9200
    Boston, MA 02210

OF COUNSEL:

GREG DAIN
Senior Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Suite 1100
Boston, MA 02203

Local Rule 7.1 Certification

    The undersigned hereby certifies that, in keeping with L.R. 7.1(a)(2), he conferred with counsel for the MBTA concerning the relief sought in this motion and that counsel for the MBTA indicated that it was in support of the motion.

                                                /s/ Donald G. Frankel
                                                Donald G. Frankel

CERTIFICATE OF SERVICE

      I, Donald G. Frankel, hereby certify that, on March 3, 2006, the foregoing was filed through the ECF system and therefore was electronically sent to the registered participants identified on the Notice of Electronic Filing and that paper copies will be sent via first-class mail to those persons (if any) listed as non-registered participants, as well as the persons listed below.

Julie Taylor
Noble & Wickersham, LLP
1280 Massachusetts Avenue
Cambridge, MA 02138


          /s/ Donald G. Frankel